IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEODORE J. KERNOSH, | |
| Plaintiff | |
| v. | CIVIL ACTION NO. 13-6069 |
| DE JAGER CONSTRUCTION, INC.; FREIGHT CONCEPTS, INC.; ABC BUSINESS ENTITIES 1-10 (fictitious names) and JOHN DOES 1-10 (fictitious names) | |
| Defendants | |
| DE JAGER CONSTRUCTION, INC., | |
| Third Party Plaintiff | |
| v. | |
| SUGAR HILL DESIGN & CONSTRUCTION, LLC | |
| Third Party Defendant | |
| THEODORE J. KERNOSH, | |
| Plaintiff | |
| v. | CIVIL ACTION NO. 15-3325 |
| ACCEL GROUP, INC. | |
| Defendant | |

**FILED**
NOV 12 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

**AND NOW**, this 12th day of November, 2015, upon consideration of the following documents:

Plaintiff's Motion for Sanctions Against Defendant Freight Concepts, Inc. (Docket No. 93) filed September 22, 2015;

>Answer to Plaintiff's Motion for Sanctions and Memorandum of Law in Support of Answer to Plaintiff's Motion for Sanctions (Docket Nos. 95 and 95-4) filed by Defendant, Freight Concepts on September 24, 2015;
>
>Plaintiff Theodore J. Kernosh's Reply Brief in Further Support of Plaintiff's Motion for Sanctions Against Defendant Freight Concepts, Inc. (Docket No. 99) filed October 1, 2015; and
>
>Plaintiff Theodore J. Kernosh's Supplemental Reply Brief in Further Support of Plaintiff's Motion for Sanctions Against Defendant Freight Concepts, Inc. (Docket No. 114) filed November 4, 2015;

upon consideration of a sanctions hearing on the record with counsel for all interested parties on November 5, 2015, and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that Plaintiff's motion for sanctions is **DENIED**.

BY THE COURT:

_____
HENRY S. PERKIN,
United States Magistrate Judge

2